UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THOMAS P. DINAPOLI, COMPTROLLER OF THE STATE
OF NEW YORK, AS SOLE TRUSTEE OF THE NEW YORK   Plaintiff,
STATE COMMON RETIREMENT FUND

10-cv-05563-UA

-against-

BANK OF AMERICA CORPORATION, ET AL.   Defendant.
------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending     [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: **Joshua Killion Porter**

[X] Attorney

    [ ] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **KP-2660** ; My State Bar Number is: **4120341**

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

    From: **Milbank, Tweed, Hadley & McCloy LLP**

    To: **Entwistle & Cappucci LLP**

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: **280 Park Avenue, 26th Floor West**

[X] Telephone No.: **(212) 894-7280**

[X] Fax No.: **(212) 894-7272**

[X] E-Mail Address: **jporter@entwistle-law.com**

Dated: July 28, 2010

_____Josh Porter_____
ATTORNEY'S SIGNATURE