**SAXENA WHITE P.A.**　　　　　　　　　　　　　　　　**KAHN SWICK & FOTI, LLC**

November 5, 2012

VIA FAX (212) 805-7949

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-12
```

The Honorable P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1007-1312

**MEMO ENDORSED**

*Application granted. SO ORDERED. /s/ USDJ 11-5-12*

Re:　*In re Bank of America Corp. Securities, Derivative and ERISA Litigation*
　　Master File No. 09-MDL-2058 (PKC)
　　This document relates to all Derivative Actions

Dear Judge Castel:

We are Court-appointed interim Co-Lead Counsel in the Consolidated Derivative Action, representing Louisiana Municipal Police Employees Retirement System and Hollywood Police Officers' Retirement System. As Your Honor is aware, pursuant to the Court's July 13, 2012 Order Setting Schedule and Preliminarily Approving the Proposed Settlement of the Consolidated Derivative Action, Plaintiffs' Motion for Final Approval of the Proposed Settlement is due to be filed shortly. We were delayed in sending this request due to the Court's closure caused by Hurricane Sandy and write to request an enlargement in the page limits applicable to the motion—from twenty-five (25) pages to fifty (50) pages. The reason for our request is that the Settlement is complex, including a number of corporate governance initiatives, and a complete description of the Settlement terms and reasons for final approval requires a lengthier and more substantial discussion than would otherwise be the case. We have communicated with defendants, and they do not oppose this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Joseph E. White, III　　　　　　　　　　　　　/s/ Albert M. Myers
Maya Saxena　　　　　　　　　　　　　　　　　Lewis S. Kahn
Joseph E. White, III　　　　　　　　　　　　　Michael A. Swick
Brandon Grzandziel　　　　　　　　　　　　　Albert M. Myers
Lester R. Hooker　　　　　　　　　　　　　　Melinda A. Nicholson
**SAXENA WHITE P.A.**　　　　　　　　　　　　**KAHN SWICK & FOTI, LLC**
2424 N. Federal Highway, Suite 257　　　　　　206 Covington Street
Boca Raton, FL 33431　　　　　　　　　　　　Madisonville, LA 70447
Tel: (561) 394-3399　　　　　　　　　　　　　Tel: (504) 455-1400
Fax: (561) 394-3082　　　　　　　　　　　　　Fax: (504) 455-1498

*Interim Co-Lead Counsel for Derivative Plaintiffs*

cc:　All counsel (via simultaneous email)