UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE: BANK OF AMERICA CORP.
SECURITIES, DERIVATIVE AND
EMPLOYEE RETIREMENT INCOME
SECURITY ACT (ERISA) LITIGATION
-----------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-13

Master File No. 09 MD 2058 (PKC)

THIS DOCUMENT RELATES TO:

STICHTING PENSIOENFONDS ABP, et al.,

          Plaintiffs,

   -against-

BANK OF AMERICA CORP., et al.,

          Defendants.
-----------------------------------------------------------------x
THOMAS P. DINAPOLI, et al.,

          Plaintiffs,

   -against-

BANK OF AMERICA CORP., et al.,

          Defendants.
-----------------------------------------------------------------x
STEVE R. GRABER, et al.,

          Plaintiffs,

   -against-

BANK OF AMERICA CORP., et al.,

          Defendants.
-----------------------------------------------------------------x

10 Civ. 2284 (PKC)

<u>ORDER OF DISMISSAL</u>

10 Civ. 5563 (PKC)

11 Civ. 7070 (PKC)

```
-----------------------------------------------------------x
```
SCHWAB S&P 500 INDEX FUND, et al.,

                Plaintiffs,                11 Civ. 7779 (PKC)

      -against-

BANK OF AMERICA CORP., et al.,

                Defendants.
```
-----------------------------------------------------------x
```
P. KEVIN CASTEL, District Judge:

      The Court having been advised that the parties have reached agreements in principle to settle all claims asserted in the actions with docket numbers 10 Civ. 2284, 10 Civ. 5563, 11 Civ. 7070 and 11 Civ. 7779, it is

      **ORDERED**, that the above-captioned actions are hereby dismissed and discontinued without costs, and without prejudice to the right to reopen any action within thirty (30) days if settlement is not consummated. All motions are deemed withdrawn without prejudice to re-filing in the event that the case is reopened. (09 MD 2058, Docket # 934, 938, 939, 940, 941, 943, 946, 947; 10 Civ. 2284, Docket # 165, 169, 170, 171, 172, 174, 177, 178; 10 Civ. 5563, Docket # 125, 126, 127, 128, 131, 132; 11 Civ. 7070, Docket # 100, 104, 105, 106, 107, 109, 112, 113; 11 Civ. 7779, Docket # 113, 114, 115, 116, 117, 119, 120, 123, 124.)

      SO ORDERED.

                                            P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       November 26, 2013